Benjamin Kristy, Appellee, v. Eagle Indemnity Company and Federal Union Insurance Company, Appellants.

Gen. No. 44,404. 

opinion filed November 1, 1948; released for publication November 16, 1948. Dwork & Epton, for appellants; Walter E. Moss, of counsel; Alfred M. Loeser, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.

City of Chicago, Appellee, v. Elizabeth Gilbert, Appellant.

Gen. No. 44,473. 

opinion filed November 1, 1948; released for publication November 16, 1948. Louis L.